UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LILLIAN HOHENSTEIN, Individually, and on behalf of all others similarly situated, ET AL., Plaintiffs, VS. BEHRINGER HARVARD REIT I, INC., ET AL., Defendants. | ) | CIVIL ACTION NO. 3:12-CV-3772-G |
| THOMAS NELSON and VINCENT VALEDEZ, on behalf of all others similarly situated, Plaintiffs, VS. BEHRINGER HARVARD REIT I, INC., ET AL., Defendants | ) | CONSOLIDATED WITH 3:12-CV-4842-G |

**JUDGMENT**

This judgment is entered pursuant to F.R. CIV. P. 58 and the memorandum opinion and order of this date. For the reasons stated in that memorandum opinion

and order, it is **ORDERED** that the plaintiffs' claims are **DISMISSED** with prejudice and that the defendants recover their costs of court.

March 27, 2014.

A. Joe Fish

**A. JOE FISH**
**Senior United States District Judge**